IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                            Case No. 4:15-cr-00164-02-KGB

ELSA SOLIS                                                                                                           DEFENDANT

## ORDER

Pending are defendant Elsa Solis's motions for adjustment of sentence (Dkt. Nos. 354, 355). Retroactive United States Sentencing Guideline Amendment 821 lowers Ms. Solis's total offense level from 40 to 38, making her new guideline range 235 to 293 months. However, Ms. Solis was sentence to 235 months (Dkt. Nos. 296; 350), which is the low-end of the new guideline range after application of Amendment 821. Considering the facts and circumstances of her case, Ms. Solis is not eligible for a sentence below the new range. *See* U.S.S.G. § 1B1.10(b)(2) (explicitly prohibiting a sentence below the amended guideline range unless a defendant previously had been sentenced below the guideline range based on substantial assistance).

It is so ordered this 3rd day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge